# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

PATRICIA COLEMAN

                V.                CASE NUMBER: 5:07-CV-960(NAM/GJD)

DOWNTOWN CHOCOLATE CANDY
STORE and SYRACUSE WELFARE OFFICE


**[ ]**      **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**      **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF dismissing action as frivolous pursuant to the Decision and Order of the Hon. Norman A. Mordue dated October 25, 2007.


DATED:    October 26, 2007

                                                Clerk of Court

LKB:lmp